UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

– *against* –

M&M WIRELESS COMMUNICATIONS, INC.
*and* M&M WIRELESS, INC.,

      Defendants.

**ORDER**

25 Civ. 01768 (ER)

Ramos, D.J.:

  The Government filed this action on March 3, 2025. Doc. 1. On April 10, 2025, each of M&M Wireless Communications, Inc. and M&M Wireless, Inc. answered the complaint. Docs. 13 and 14, respectively. On June 6, 2025, the Government filed a letter requesting a pre-motion conference in anticipation of filing a motion for summary judgment. Doc. 16. On June 11, 2025, M&M Wireless, Inc. responded to the Government's letter, stating that it needed additional information as to certain calculations made by the Government to properly defend itself against the allegations, and suggesting that the parties meet and confer "to go over the government's calculations in detail in an attempt to resolve these issues." Doc. 19. On June 17, 2025, the Court held a pre-motion conference, at which it directed the parties to meet and confer, and to submit a proposed briefing schedule for any motion for summary judgment motion should their discussions not prove fruitful. As confirmed in an email to the parties that same day, the Court specified that, should the parties' discussion not lead to resolution, the Government is directed to submit a proposed briefing schedule on consent for the filing of any motion for summary judgment, allowing the Government four weeks from the date the parties determine the attempted resolution was unsuccessful, four weeks for

Defendants to respond, and two weeks for the Government to reply. There have been no communications with the Court since then.

      The parties are directed to submit a status report by July 21, 2025.

It is SO ORDERED.

Dated:   July 14, 2025
          New York, New York

_____
                          EDGARDO RAMOS, U.S.D.J.