UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          – *against* –

M&M WIRELESS COMMUNICATIONS,
INC., *and* M&M WIRELESS, INC.,

                    Defendants.

**ORDER**

25 Civ. 1768 (ER)

Ramos, D.J.:

The Government brought this action on March 3, 2025, against M&M Wireless

Communications, Inc. and M&M Wireless, Inc. (together "M&M Wireless").  Doc. 1.

On June 6, 2025, the Government requested a pre-motion conference, seeking leave to

file a motion for summary judgment.  Doc. 16.  On June 11, 2025, M&M Wireless

responded to the Government's letter, stating that it needed additional information as to

certain calculations made by the government to properly defend itself against the

allegations and suggesting that the parties meet and confer "to go over the government's

calculations in detail in an attempt to resolve these issues."  Doc. 19.  On June 16, 2025,

the Court held a pre-motion conference and directed the parties to meet and confer and to

submit a proposed briefing schedule for any motion for summary judgment should the

discussions not prove fruitful.  *See* Docket Entry dated June 17, 2025.

On August 20, 2025, the Government wrote the Court stating that settlement

discussions had not been fruitful and providing a proposed briefing schedule.  Doc. 23.

On August 21, 2025, the Court entered the following briefing schedule for the

government's motion for summary judgment:  motion due September 17, 2025;

opposition due October 15, 2025; and reply due October 29, 2025.  Doc. 24.  The

Government filed its motion for summary judgment on September 17, 2025.  Doc. 25.

M&M Wireless missed its October 15, 2025 deadline, and has yet to file any opposition

brief.

M&M Wireless is directed to file an opposition by March 5, 2026.  If M&M

Wireless files an opposition, the Government's deadline to reply will be March 19, 2026.

If M&M Wireless fails to file an opposition by March 5, 2026, the Court will consider the

Government's motion to dismiss fully briefed.

It is SO ORDERED.

Dated:    February 13, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2