UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

– *against* –

M&M WIRELESS COMMUNICATIONS,
INC., *and* M&M WIRELESS, INC.,

          Defendants.

**<u>ORDER</u>**

25 Civ. 1768 (ER)

<u>Ramos, D.J.</u>:

      The Government brought this action on March 3, 2025, against M&M Wireless Communications, Inc. and M&M Wireless, Inc. (together "M&M Wireless"). Doc. 1. On June 6, 2025, the Government requested a pre-motion conference, seeking leave to file a pre-discovery motion for summary judgment. Doc. 16. On June 11, 2025, M&M Wireless responded to the Government's letter, stating that it needed additional information as to certain calculations made by the government to properly defend itself against the allegations and suggesting that the parties meet and confer "to go over the government's calculations in detail in an attempt to resolve these issues." Doc. 19. On June 16, 2025, the Court held a pre-motion conference and directed the parties to meet and confer and to submit a proposed briefing schedule for any motion for summary judgment should the discussions not prove fruitful. *See* Docket Entry dated June 17, 2025.

      On August 20, 2025, the Government wrote the Court stating that settlement discussions had not been fruitful and providing a proposed briefing schedule. Doc. 23. On August 21, 2025, the Court entered the following briefing schedule for the government's motion for summary judgment: motion due September 17, 2025;

opposition due October 15, 2025; and reply due October 29, 2025.  Doc. 24.  The Government filed its motion for summary judgment on September 17, 2025.  Doc. 25. M&M Wireless did not file an opposition brief by the October 15, 2025 deadline and has yet to file one.

On February 13, 2026, the Court directed M&M Wireless to file an opposition by March 5, 2026, warning that if it failed to do so, the Court would consider the Government's motion fully briefed.  Doc. 30.  On February 27, 2026, M&M Wireless submitted an affirmation in opposition of the Government's motion, arguing that because it has "not had an opportunity to depose the Plaintiff . . . it would be impossible for [them] to properly defend against these allegations."  Doc. 31 at 2.  On March 4, 2026, the Government filed a letter response, arguing that M&M Wireless's affirmation is insufficient to oppose the motion; that it fails to explain how the deposition would affect the arguments in the Government's motion; and that it waived its argument that the Government's motion was untimely.  Doc. 33.

M&M Wireless is directed to file a brief in opposition to the Government's motion for summary judgment by March 19, 2026.  If it files an opposition, the Government's deadline to reply will be March 26, 2026.  If M&M Wireless fails to file an opposition by March 19, 2026, the Court will consider the Government's motion to dismiss fully briefed.

It is SO ORDERED.

Dated:    March 5, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2