# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

<table>
<tr><td>Plaintiff,</td><td>25 **CIVIL** 1768 (ER)</td></tr>
<tr><td>-against-</td><td>**<u>JUDGMENT</u>**</td></tr>
</table>

M&M WIRELESS COMMUNICATIONS, INC., and
M&M WIRELESS, INC.

Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 23, 2026, the Governments motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

April 27, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**